United States District Court - Southern District of Florida

| | |
|---|---|
| KIARA CURTIS<br><br>Plaintiff<br>v.<br>AK "N" ELI, LLC D/B/A KING OF DIAMONDS, A FLORIDA LIMITED LIABILITY COMPANY; KODRENYC, LLC, A FLORIDA LIMITED LIABILITY COMPANY; MOVEMENT EVENTS, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY<br>Defendant(s) | Case No.: 16-20682-CIV-COOKE/TORRES<br><br>ATTY:<br>Saenz & Anderson, PLLC<br>20900 NW 30TH AVE. STE.800<br>Aventura, FL 33180 |

## AFFIDAVIT OF SERVICE

Received by S & S Legal Services on March 04, 2016 at 05:00 PM a Summons and Complaint to be served on Jeff Vasilas at 17800 IPCO Road, Maimi, Florida.

I, Chris Scudder, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Florida. That on March 08, 2016 at 2:15 PM at 17800 IPCO Road, Maimi, Florida, deponent served the within Summons and Complaint on Jeff Vasilas, therein named.

Gender: Male Race/Skin: White Hair: Brown Glasses: No Age: 38 Height: 5'8 Weight: 190

INDIVIDUAL: By delivering a true copy of each to said personally, the person so served identified him or herself to Deponent as such.

COMMENTS: Summons and Complaint to: Jeff Vasilas, served at alternate address, 21500 Biscayne Blvd., Suite 501, Aventura, Florida.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true.

Chris Scudder, Lic. #1785

Client Reference:

ID: 16-008807

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

KIARA CURTIS,

*Plaintiff(s)*

v.

AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; MOVEMENT, EVENTS, LLC, an Illinois Limited Liability Company;

*Defendant(s)*

Civil Action No. **16-20682-CIV-COOKE/TORRES**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JEFF VASILAS
17800 IPCO RAOD
MIAMI, FL 33162

Served JEFF VASILAS
Time 2:15 Date 3-8-16 Served By CS1785
Glasses N Sex M Hair Color B
Weight 190 Age 38 Hgt 5'8 Race W
Title ________

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Martin Saenz, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **February 25, 2016**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts